

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable C. Burtt Potter
County Attorney
San Patricio County
Sinton, Texas

Dear Sir:

Opinion No. 0-1071
Re: Qualifications of school
trustees--Compatibility
of offices.

We are in receipt of your letter of June 28, 1939, in which you request the opinion of this department upon the following question:

"May the mayor of a town, who holds an office of emolument or a city commissioner, who under the law does not draw emoluments of office, also hold the office of independent school district trustee, which also does not pay a salary?"

We assume that the town to which you refer is within the independent school district and that some of the properties and buildings of the independent school district are located within the boundaries of said city, although it is not specifically so stated in your letter.

Article 16, Section 40 of the Texas Constitution provides in part:

"No person shall hold or exercise, at the same time, more than one civil office of emolument, except that of justice of the peace, county commissioner, notary public and postmaster * * *."

NO DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable C. Burtt Potter, Page 2

Although an office may not be a civil office of emolument so as to come within this constitutional prohibition, it is well settled in our case law that two offices may not be held at the same time by the same person if they are incompatible although one or both of said offices may not be offices of emolument.

In the case of Thomas v. Abernathy County Line Independent School District, (Comm. App. 1927), 290 S. W. 152, it was held that the office of city councilman and alderman are incompatible with the office of school trustee and cannot be held at the same time by one person. We think the reasons assigned in this case for holding the offices incompatible would be equally applicable to the office of mayor of a town.

It is our opinion that the mayor of a town and a city commissioner would not be eligible to hold at the same time the office of independent school district trustee, although neither office pays a salary.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By _Cecil C. Cammack_
Cecil C. Cammack
Assistant

APPROVED JUL 8, 1939
CCC:lw

FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED
OPINION
COMMITTEE
BY _____
CHAIRMAN